JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUDSON, | Case No. CV 16-1732-JLS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MUNIZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: December 14, 2016

HONORABLE JOSEPHINE L. STATON
United States District Judge